### F. T. COLLINS v. J. A. VEAZY ET AL.

(Filed 26 October, 1932.)

APPEAL by plaintiff from *Small, J.,* at August Term, 1932, of HOKE. Affirmed.

This action involves an accounting between the plaintiff, a landlord, and the defendant, his tenant, and the intervener, who claims under an agricultural lien executed by the tenant, and a release by the landlord of his lien upon certain crops.

From judgment on the facts admitted in the pleadings and at the trial, the plaintiff appealed to the Supreme Court.

*Arthur D. Gore and H. W. B. Whitley for plaintiff.*
*Lutterloh & Lilly for intervener.*

PER CURIAM. We find no error in the trial of this action. The judgment is

Affirmed.